IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JEREMY HAWTHORN AND § <br> CHARLES BUSH, Individually and On § <br> Behalf of All Others Similarly Situated, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> FIESTA FLOORING, LLC AND § <br> THOMAS M. THOMPSON, § <br> INDIVIDUALLY. § <br> § <br> Defendants. § | Civil Action No. <br><br> 1:19-CV-00019-WJ-SCY |

## JOINT NOTICE REGARDING SETTLEMENT AGREEMENTS

-and-

## REQUEST FOR HOLDING AND DISMISSAL WITH PREJUDICE

This Joint Notice is being filed pursuant to the Court's June 10, 2020 Order Deferring Ruling for Fourteen Days Pending Parties' Filing of Joint Notice Regarding: (1) Why Judicial Approval of Settlement Agreements is Required and (2) Why Settlement Agreements Should be Filed Under Seal (Doc. No. 35) ("Order").

The Parties have reached confidential settlements (the "Settlement Agreements") that resolve all of the claims in this collective action brought under the Fair Labor Standards Act. The settlements were the result of arm's-length negotiations conducted by experienced counsel for all parties and purported class members. The Parties formally and informally exchanged information and engaged in substantial negotiations over several months to resolve bona fide disputes between them.

In its Order, the Court permitted the Parties to withdraw their request for Court approval of the Settlement Agreements. The Court also permitted the Parties to request that the Court

1

hold the Settlement Agreements are enforceable without Court or Department of Labor ("DOL") approval.  (*See* Order at 10.)

The Parties, therefore, jointly give notice that:

1. The Parties no longer wish the Court to review the merits of the Settlement Agreements; and

2. The Parties no longer request Court approval of the Settlement Agreements.

Based on the authorities cited in the Court's Order, however, the Parties request the Court to hold that the Settlement Agreements are enforceable without Court or Department of Labor approval.  *See, e.g., Serna v. Bd. of Cty. Comm'rs of Rio Arriba Cty,* 2018 WL 4773361 (D.N.M. Oct. 3, 2018).  For that purpose, the Settlement Agreements are being submitted under seal as permitted in the Order.  (*See* Order at 10.)

The Parties further request that, upon holding the Settlement Agreements are enforceable without Court or Department of Labor approval, the Court dismiss this case with prejudice.

Respectfully Submitted,

| **MORELAND VERRETT, P.C.**<br>The Commissioners House at Heritage Square<br>2901 Bee Cave Road, Box L<br>Austin, Texas 78746<br>Tel: (512) 782-0567<br>Fax: (512) 782-0605<br>Daniel A. Verrett<br>Texas State Bar No. 24075220<br>daniel@morelandlaw.com<br>*Attorneys for Plaintiffs*<br><br>-And- | JENNINGS, STROUSS & SALMON, P.L.C.<br>By: */s/ John G. Sestak, Jr.*<br>John G. Sestak, Jr.<br>One East Washington Street, #1900<br>Phoenix, Arizona  85004-2554<br>Telephone :  602-262-5827<br>jsestak@jsslaw.com<br>*Associated Counsel for Defendants*<br><br>-And- |
|---|---|

| | |
|---|---|
| Douglas B. Welmaker<br>By: */s/ Douglas B. Welmaker*<br>Texas Bar No. 00788641<br>doug@morelandlaw.com<br>700 West Summit Drive<br>Wimberley, Texas 78676<br>(512) 782-0567<br>(512) 782-0605 – telecopier<br>*Attorneys for Plaintiffs* | RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A.<br>By:   */s/ Scott D. Gordon*<br>   Scott D. Gordon<br>P.O. Box 1888<br>Albuquerque  NM  87103<br>Telephone:  505-768-7264<br>sgordon@rodey.com<br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of June, 2020, I filed this document using the Court's CM-ECF electronic filing service, which will notice all parties in this case.

*/s/ Scott D. Gordon*
Scott D. Gordon

3