## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **JEREMY HAWTHORN AND** § <br> **CHARLES BUSH, Individually and On** § <br> **Behalf of All Others Similarly Situated,** § <br> § <br> **Plaintiffs,** § <br> § <br> **v.** § <br> § <br> **FIESTA FLOORING, LLC AND** § <br> **THOMAS M. THOMPSON,** § <br> **INDIVIDUALLY.** § <br> § <br> **Defendants.** § | **Civil Action No.** <br><br> **1:19-CV-00019-WJ-SCY** |

### ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the Parties' Joint Notice Regarding Settlement Agreements and Request for Holding and Dismissal with Prejudice, Dkt. 36.  Having considered the pleadings on file, the evidence, and the arguments of counsel, this Court finds that the settlement agreements filed under seal in this matter are enforceable without Court or Department of Labor approval. *See, e.g., Serna v. Bd. of Cty. Comm'rs of Rio Arriba Cty*, 2018 WL 4773361 (D.N.M. Oct. 3, 2018).

As a result, it is, therefore, **ORDERED** that all claims asserted in the above-captioned lawsuit, including all claims of all opt-in Plaintiffs, are dismissed with prejudice to the refiling of same.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Approved:

| | |
|---|---|
| **MORELAND VERRETT, P.C.**<br>The Commissioners House at Heritage Square<br>2901 Bee Cave Road, Box L<br>Austin, Texas 78746<br>Tel: (512) 782-0567<br>Fax: (512) 782-0605<br>Daniel A. Verrett<br>Texas State Bar No. 24075220<br>daniel@morelandlaw.com<br>*Attorneys for Plaintiffs* | JENNINGS, STROUSS & SALMON, P.L.C.<br>By:  /s/ *John G. Sestak, Jr.*<br>John G. Sestak, Jr.<br>One East Washington Street, #1900<br>Phoenix, Arizona  85004-2554<br>Telephone:  602-262-5827<br>jsestak@jsslaw.com<br>*Associated Counsel for Defendants* |
| Douglas B. Welmaker<br>By: */s/ Douglas B. Welmaker*<br>Associated Counsel for Plaintiffs<br>Texas Bar No. 00788641<br>doug@morelandlaw.com<br>700 West Summit Drive<br>Wimberley, Texas 78676<br>(512) 782-0567<br>(512) 782-0605 – telecopier<br>*Attorneys for Plaintiffs* | RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A.<br><br>By:   /s/ *Scott D. Gordon*<br>   Scott D. Gordon<br>P.O. Box 1888<br>Albuquerque  NM  87103<br>Telephone:  505-768-7264<br>sgordon@rodey.com<br>*Attorneys for Defendants* |